**JOHNSON FISTEL, PLLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Kristen O'Connor (SBN 305113)
KristenO@johnsonfistel.com
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 363-8326

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Classes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER DANIEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAIZE HOLDINGS, INC., DINAKAR MUNAGALA, and HARMINDER SEHMI,<br><br>Defendants. | Case No.: 2:26-cv-08563-SRM-PVC<br><br>**NOTICE OF MOTION AND MOTION OF ABDULRAHMAN ALYAHYA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: January 13, 2027<br>Time: 1:30 p.m.<br>Ctrm: 5D<br>Judge: Hon. Serena R. Murillo |
| ABDULRAHMAN ALYAHYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAIZE HOLDINGS, INC., DINAKAR MUNAGALA, HARMINDER SEHMI, EDWARD FRANK, LANE BESS, JUERGEN HAMBRECHT, TONY CANNESTRA, GEORGE DE URIOSTE, YOSHIAKI FUJIMORI, NORTHLAND SECURITIES, INC., and THE BENCHMARK COMPANY, LLC,<br><br>Defendants. | Case No.: 2:26-cv-10609-HDV-AYP |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on January 13, 2027, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Serena R. Murillo, United States District Judge, in Courtroom 5D of the Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, Los Angeles, California 90012, proposed lead plaintiff Abdulrahman Alyahya will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for entry of an order: (1) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing Mr. Alyahya as lead plaintiff pursuant to the PSLRA; (3) approving Mr. Alyahya's selection of Johnson Fistel, PLLP to serve as lead counsel for the putative classes; and (4) granting such other and further relief as the Court may deem just and proper.[1]

Mr. Alyahya's motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Kristen O'Connor and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court. A [Proposed] Order is attached hereto.

Respectfully submitted,

Dated: October 5, 2026

**JOHNSON FISTEL, PLLP**

By: /s/ Kristen O'Connor
KRISTEN O'CONNOR

[1] Local Rule 7-3 requires a conference of counsel before filing a motion. Mr. Alyahya's counsel conferred with defendants' counsel and counsel for plaintiff Christopher Daniel, both of whom confirmed that their respective clients do not oppose consolidation of the above-captioned related actions. Since the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff (15 U.S.C. § 78u-4(a)(3)(B)(i)), Mr. Alyahya cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on October 5, 2026. Accordingly, Mr. Alyahya's counsel respectfully requests that compliance with the meet-and-confer requirements of Local Rule 7-3 be waived.

Frank J. Johnson
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 363-8326
KristenO@johnsonfistel.com
FrankJ@johnsonfistel.com

**JOHNSON FISTEL, PLLP**
Scott M. Koren
(*pro hac vice* forthcoming)
620 Fifth Avenue, 2nd Floor
New York, NY 10020
Telephone: (212) 292-5690
Facsimile: (619) 363-8326
ScottK@johnsonfistel.com

**JOHNSON FISTEL, PLLP**
Michael I. Fistel, Jr.
(*pro hac vice* forthcoming)
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (619) 363-8326
MichaelF@johnsonfistel.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Classes*