Laurence M. Rosen (219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER DANIEL, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAIZE HOLDINGS, INC., DINAKAR MUNAGALA and HARMINDER SEHMI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-08563-SRM-PVC<br><br>**MOTION OF DAVID NOCK TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Hon. Serena R. Murillo<br>HEARING: January 13, 2027<br>TIME: 1:30 p.m.<br>CTRM: 5D |

[Additional caption on next page]

| | | |
|---|---|---|
| ABDULRAHMAN ALYAHYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAIZE HOLDINGS, INC., DINAKAR MUNAGALA and HARMINDER SEHMI,,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-10609-HDV-AYP |

PLEASE TAKE NOTICE that on Wednesday, January 13, 2027 at 1:30 p.m. before the Honorable Serena R. Murillo in the First Street Courthouse, 350 W. 1st Street, Courtroom 5D, 9th Floor, Los Angeles, California 90012, David Nock ("Movant") will and does move this Court for an order granting his Motion: (1) to consolidate the related actions; (2) for appointment of Movant as Lead Plaintiff of the Class; and (2) for approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that: (1) the above-captioned related actions should be consolidated; (2) Movant should be appointed as Lead Plaintiff for the class of all purchasers and acquirers of Blaize Holdings, Inc. ("Blaize" or the "Company") securities between July 18, 2025 and April 28, 2026, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen (and exhibits attached thereto), and a Proposed Order.

Local Rule 7-3 and Your Honor's Standing Order Rule VII.A. require a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant will not know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 and Your Honor's Standing Order Rule VII.A. be waived.

Dated: October 5, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On October 5, 2026, I electronically filed the following **MOTION OF DAVID NOCK TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 5, 2026.

/s/ Laurence M. Rosen
Laurence M. Rosen